UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:18-cv-03307-KLM

FRED NEKOUEE, individually,                :
                                           :
         Plaintiff,                        :
                                           :
vs.                                        :
                                           :
KBSB INVESTMENT, INC., a Colorado          :
corporation;                               :
                                           :
         Defendant.                        :
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant by and through their respective counsel, hereby stipulate to the dismissal of this action against Defendant with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as the parties have entered into a Settlement Agreement regarding all matters in this action.

DATE:  April 30, 2019

                                    Respectfully submitted,

                                    */s/Robert J. Vincze*
                                    Robert J. Vincze (CO #28399)
                                    Law Offices of Robert J. Vincze
                                    PO Box 792, Andover, Kansas 67002
                                    Phone: 303-204-8207; Email: vinczelaw@att.net
                                    *Attorney for Plaintiff Fred Nekouee*

                                    and

                                    */s/Peter Doherty*
                                    Peter Doherty
                                    Lasater & Martin
                                    8822 S. Ridgeline Blvd., Suite 1000
                                    Highlands Ranch, CO 80129
                                    P: 303-730-3900; Email: Peter@lasaterandmartin.com
                                    *Attorneys for Defendant KBSB Investment, Inc.*